PER CURIAM: Robert McKoy waived presentment on an indictment for possession 
of a stolen vehicle, pled guilty, and was sentenc

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Roger Dale Johnson       
Appellant.
 
 
 

Appeal From Spartanburg County
Larry R. Patterson, Circuit Court Judge

Unpublished Opinion No. 2004-UP-388
Submitted April 21, 2004  Filed June 
 18, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellant Defender Robert M. Pachak, Office of 
 Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy 
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley 
 W. Elliott, all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, 
 for Respondent.
 
 
 

PER CURIAM:  Roger Dale Johnson was indicted 
 for and subsequently found guilty driving of under the influence.  Johnsons 
 appellate counsel submitted a petition to be relieved as counsel, stating he 
 has reviewed the record and has concluded Johnsons appeal is without merit.  
 Johnson did not file a pro se brief with the court.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Johnsons appeal 
 and grant counsels motion to be relieved. [1] 
 APPEAL DISMISSED.
GOOLSBY, HOWARD and BEATTY, JJ., concur.

 
 [1] 
  Because oral argument would not aid the court in resolving the issues on 
 appeal, we decide this case without oral argument pursuant to Rules 215 and 
 220(b)(2), SCACR.